**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | **JOSE OSVALDO SOTO TELLADO** | BK. CASE # |
| --- | --- | --- |
| | DEBTOR(S) | CHAPTER 13 |

### CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within forty (40) days from its notification. • A proof of claim must be filed by or on behalf of each creditor, including secured creditors, in order for the creditor to be eligible to be paid by the trustee. The Trustee will pay the allowed claims, as filed, provided for in the plan unless disallowed or expressly modified by the terms of this plan, or by subsequent Court order. If no claim is filed the trustee will not pay a creditor provided in the plan unless ordered by the Court. See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee: ■ directly ☐ by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. ☐ The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** July 31, 2016  ☐ **AMENDED PLAN DATED:** _____
☐ PRE ☐ POST-CONFIRMATION       FILED BY ■ DEBTOR ☐ TRUSTEE ☐ UNSECURED CREDITOR

**I. PAYMENT PLAN SCHEDULE**

| $ | 200.00 | x | 60 | = $ | 12,000.00 |
| --- | --- | --- | --- | --- | --- |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| | TOTAL = | | 60 | $ | 12,000.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from _____
☐ Sale of property identified as follows: _____
☐ Other: _____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE:** $ 12,000.00

**II. ATTORNEY'S FEES**

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

| a. Rule 2016(b) Statement: | $ | 3,000.00 |
| --- | --- | --- |
| b. Fees Paid (Pre-Petition): | ($ | 400.00 ) |
| c. R 2016 Outstanding balance: | ($ | 2,600.00 ) |
| d. Post Petition Additional Fees: | $ | 0.00 |
| e. Total Compensation: | $ | 3,000.00 |

Signed: /s/ JOSE OSVALDO SOTO TELLADO

**III. DISBURSEMENT SCHEDULE SEQUENCE**

**A. SECURED CLAIMS:** ☐ Debtor represents that there are no secured claims.
■ Secured creditors will retain their liens and shall be paid as follows:

☐ **ADEQUATE PROTECTION** Payments: Cr. _____ $ 0.00
☐ Trustee will pay secured **ARREARS**:
  Cr. _____  Cr. _____  Cr. _____
  Acct. _____  Acct. _____  Acct. _____
  $ _____  $ _____  $ _____

☐ Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
  Cr. _____  Cr. _____  Cr. _____
  Acct. _____  Acct. _____  Acct. _____
  Monthly Pymt.$ _____  Monthly Pymt.$ _____  Monthly Pymt.$ _____

■ Trustee will pay **IN FULL** Secured Claims:
  Cr. MUEBLERIAS BERRIOS   Cr. _____   Cr. _____
  $ 1,081.00    $ _____    $ _____

☐ Trustee will pay **VALUE OF COLLATERAL**:
  Cr. _____  Cr. _____  Cr. _____
  $. _____  $. _____  $. _____

☐ Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
  Cr. _____  Ins. Co. _____  Premium: $ _____
  (Please indicate in "Other Provisions" the insurance coverage period)

☐ Debtor SURRENDERS COLLATERAL TO Lien Holder:
☐ Debtor will maintain REGULAR PAYMENTS DIRECTLY to:

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
■ **DEPTO. DE HACIENDA, INTERNAL REVENUE SERVICE, YAMIL OSVALDO SOTO HERNANDEZ**

**C. UNSECURED PREFERRED:** Plan ☐ Classifies ■ Does not Classify claims
☐ Class A: ☐ Co-debtor Claims: ☐ Pay 100%/☐ "Pay Ahead"
☐ Class B: ☐ Other Class:
  ☐ Cr. _____  ☐ Cr. _____  ☐ Cr. _____
  $ _____  $ _____  $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = 0.00 )
$ _____
☐ Will be paid 100% plus ___% Legal Interest. ■ Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**

| DEBTOR | |
|---|---|
| JOINT DEBTOR | |

ATTORNEY FOR DEBTOR:   **/s/ JUAN O. CALDERON LITHGOW**   Phone:   **787-858-5476**